IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CHAPEL DOME, LLC, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:18-CV-971-LY |
| | § | |
| ACCELAVUE, INC., | § | |
|     DEFENDANT. | § | |

### FINAL JUDGMENT

Before the court is the above entitled cause of action. On June 23, 2019, the parties filed a Stipulation of Dismissal with Prejudice (Doc. #10), which the court has reviewed and now approves. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case hereby **CLOSED**.

SIGNED this _24th_ day of July, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE